**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN BALL,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-686-Orl-28GJK**

**COMMERCIAL RECOVERY SYSTEMS, INC.,**

        **Defendant.**
_____

**ORDER OF DISMISSAL**

The Court has been advised by Plaintiff that the above-styled action has been completely settled (Doc. 9). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party within sixty (60) days from the date of this Order, to re-open the action upon good cause shown, to submit a joint stipulation of dismissal with prejudice, or to submit a stipulated form of final judgment. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on this 29th day of July, 2010.

*/s/ John Antoon II*
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party