**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN BALL,

        **Plaintiff,**

-vs-                                            **Case No. 6:10-cv-686-Orl-28GJK**

COMMERCIAL RECOVERY SYSTEMS,
INC.,

        **Defendant.**
_____

## ORDER

This cause is before the court on a *sua sponte* review of the file. This case was dismissed without prejudice on July 29, 2010 (Doc. 10), upon notice by Plaintiff that the case had settled (Doc. 9). There being no further activity, the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25th___ day of October, 2010.

Copies furnished to:

Counsel of Record

Unrepresented Party

JOHN ANTOON II
United States District Judge